UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rudy Stanko,

        Petitioner,

v.                                           Civil No. 08-3102 (JNE/JJG)
                                           ORDER
Ricardo Rios, Michael Nalley,
and Harley Lappin,

        Respondents.

This case is before the Court on a Report and Recommendation issued by the Honorable

Jeanne J. Graham, United States Magistrate Judge, on March 12, 2009. The magistrate judge

recommended that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C.A. § 2241

(West 2006 & Supp. 2008) be denied, that this litigation be dismissed, and that judgment be

entered. Petitioner objected. The Court has conducted a de novo review of the record. *See* D.

Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1.     Petitioner's petition for writ of habeas corpus [Docket No. 1] is DENIED.

2.     This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 20, 2009

                                      s/  Joan N. Ericksen
                                      JOAN N. ERICKSEN
                                      United States District Judge